✎AO ___        Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN        District of        NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

**V.**

| | |
|---|---|
| DWAYNE BOWEN | Case Number: 5:06-cr-304 (DNH) |
| | USM Number: 13549-052 |
| Date of Previous Judgment: May 14, 2007 | Alexander Bunin, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 30 months **is reduced to 24 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 27 | Amended Offense Level: 25 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 70 to 87 months | Amended Guideline Range: 57 to 71 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated May 14, 2007 shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____        _____
Effective Date (if different from order date)         David N. Hurd
                                                      District Judge